1 | BENJAMIN B. WAGNER
United States Attorney
2 | KEVIN C. KHASIGIAN
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916)554-2700

5 | Attorneys for the United States



FILED

MAR 19 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

8 | IN THE UNITED STATES DISTRICT COURT FOR THE

9 | EASTERN DISTRICT OF CALIFORNIA

11 | IN THE MATTER OF THE SEIZURE OF:   2:12-SW 0 0 1 2 0   EFB

12 | 50% INTEREST IN THE $250,000.00
PROMISSORY NOTE SECURED BY REAL   ORDER RE: REQUEST TO SEAL
13 | PROPERTY LOCATED AT 2129 EAST   DOCUMENTS
MAIN STREET, VISALIA, CALIFORNIA,
14 | TULARE COUNTY, APN: 098-110-026,
INCLUDING ALL APPURTENANCES AND
15 | IMPROVEMENTS THERETO,

16 | 5.0607% INTEREST IN CHINA ROAD,     **SEALED**
LLC, HELD IN THE NAME OF
17 | PACIFIC FACILITIES & DEVELOPMENT,
LLC,
18 |
19 | 51% INTEREST IN EARTHSAVERS
EROSION CONTROL, LLC, HELD IN THE
20 | NAME OF DARRELL HINZ,

21 | 2,363 SHARES OF GREATER
SACRAMENTO BANCORP HELD
22 | IN THE NAME OF DARRELL HINZ,

23 | 2,363 SHARES OF GREATER
SACRAMENTO BANCORP HELD IN THE
24 | NAME OF GREGORY S. BAKER,

25 | ANY AND ALL OWNERSHIP INTEREST
IN DOUBLE CREEK RANCH, LLC, HELD
26 | IN THE NAMES OF DARRELL HINZ,

1

ANY AND ALL OWNERSHIP INTEREST IN DOUBLE CREEK RANCH, LLC, HELD IN THE NAMES OF GREGORY BAKER,

ALL FUNDS MAINTAINED AT 49ER CREDIT UNION BANKACCOUNT NUMBER 1096173, HELD IN THE NAMES OF GREGORY S. BAKER AND DARRELL HINZ, WITH AN APPROXIMATE BALANCE OF $50,293 (PLUS ACCRUED INTEREST),

2010 MERCEDES-BENZ CLS550, VIN: WDDDJ7CB3AA165644, LICENSE NUMBER 6SYA458,

$1,931,118.00 INTEREST IN THE $2,437,500.00 PROMISSORY NOTE SECURED BY REAL PROPERTY LOCATED ON PLACER CORPORATE DRIVE, ROCKLIN, CALIFORNIA, PLACER COUNTY, APN: 017-270-070, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and

ALL FUNDS MAINTAINED AT PREMIERWEST BANKACCOUNT NUMBER 083500859, UP TO AND INCLUDING $62,576,

DEFENDANTS.

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrants and seizure warrant affidavit underlying the seizure warrants in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person until the seizure warrants are executed or otherwise ordered by this Court, with the exception that a copy of the seizure warrants will be left at the scene of the seizures and provided to the account holder.

Date: 3-15, 2012

EDMUND F. BRENNAN
United States Magistrate Judge